**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JOSE M. CAMPOS, | ) | Case No. EDCV 15-01236-MWF (KES) |
|---|---|---|
| Petitioner, | ) | |
| | ) | ORDER ACCEPTING FINDINGS AND |
| vs. | ) | RECOMMENDATIONS OF UNITED |
| | ) | STATES MAGISTRATE JUDGE |
| DAVE DAVEY, Warden, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge.  No Objections to the Report and Recommendation were filed. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered dismissing the Petition and entire action with prejudice.

DATED:  July 26, 2016

_____

MICHAEL W. FITZGERALD
UNITED  STATES  DISTRICT JUDGE

1