1
2
3
4                                                              **JS-6**
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10
11   JOSE M. CAMPOS,                    )   Case No. EDCV 15-01236-MWF (KES)
12                  Petitioner,          )
                                         )   **JUDGMENT**
13          vs.                          )
                                         )
14                                       )
     DAVE DAVEY, Warden,                 )
15                  Respondent.          )
16
17          Pursuant to the Order Accepting Findings and Recommendations of United
18   States Magistrate Judge,
19          IT IS HEREBY ADJUDGED that the Petition is denied and entire action is
20   dismissed with prejudice.
21
22   DATED:  July 26, 2016
23
24                                       _____
25                                       MICHAEL W. FITZGERALD
26                                       UNITED STATES DISTRICT JUDGE
27
28

1